UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY, L.P., | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. 5:14-cv-00317-FL ) |
| CAROLINA TELEPHONE AND TELEGRAPH COMPANY, LLC and CENTRAL TELEPHONE COMPANY | ) ) ) ) |
| Defendants | ) ) |

## ORDER GRANTING CENTURYLINK'S MOTION FOR A TEMPORARY STAY

Having considered Defendants Carolina Telephone and Telegraph, LLC, d/b/a CenturyLink and Central Telephone Company d/b/a CenturyLink's (jointly "CenturyLink") Motion For A Temporary Stay Of Proceedings Pending Ruling Of The Judicial Panel On Multidistrict Litigation ("Motion For A Temporary Stay") and the briefing in support thereof,

**IT IS HEREBY ORDERED THAT** CenturyLink's Motion For A Temporary Stay is **GRANTED**. This matter will be stayed until the Judicial Panel on Multidistrict Litigation issues an Order on CenturyLink's Motion for Transfer before the Panel. CenturyLink shall submit a notice of the Panel's ruling within 14 days of receiving it.

**IT IS FURTHER ORDERED THAT**, if the Panel denies CenturyLink's Motion for Transfer, all deadlines in this matter shall be reinstated and extended by the number of days between the original due date and the date that CenturyLink submits its notice to this Court.

_United States District Judge_

Date: 10/23/2014